# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE BLAINE, | No. 2:10-cv-0103-MCE-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| DUCAN, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On February 3, 2010, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. Timely objections to the findings and recommendations have been filed.

/ / /

/ / /

/ / /

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 3, 2010, are adopted in full;

2. Plaintiff's motion for leave to proceed in forma pauperis (Doc. 2) is denied; and

3. Plaintiff shall pay the full $350.00 filing fee within 30 days of the date of this order.

Dated: March 18, 2010

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE