IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE BLAINE, | No. CIV S-10-0103-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| DUCAN, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for leave to amend (Doc. 12), along with a proposed amended complaint (Doc. 13).

The Federal Rules of Civil Procedure provide that a party may amend his or her pleading once as a matter of course within 21 days of serving the pleading or, if the pleading is one to which a responsive pleading is required, within 21 days after service of the responsive pleading, see Fed. R. Civ. P. 15(a)(1)(A), or within 21 days after service of a motion under Rule 12(b), (e), or (f) of the rules, whichever time is earlier, see Fed. R. Civ. P. 15(a)(1)(B). In all other situations, a party's pleadings may only be amended upon leave of court or stipulation of all the parties. See Fed. R. Civ. P. 15(a)(2). Here, plaintiff seeks to file an amended complaint,

1

which a pleading to which a responsive pleading is required. Therefore, leave to amend is governed by Rule 15(a)(1)(B). Because no responsive pleading or Rule 12(b), (e), or (f) motion has been filed, leave of court is not required to amend the complaint. Therefore, plaintiff's motion is denied as unnecessary. This action shall proceed on the amended complaint which was properly filed as of right on April 9, 2010. The court will address the amended complaint by separate order.

        IT IS SO ORDERED.

DATED: May 12, 2010

                                   _____
                                   **CRAIG M. KELLISON**
                                   UNITED STATES MAGISTRATE JUDGE